450 A.2d 1031

Banks v. Davis, Appellant.

Argued April 27, 1982. Melvin Clark, Jr., for appellant; Richard F. Kronz, for appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Decree and judgment affirmed.